

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| STEVEN MICHAEL BROWN, | § | No. 08-16-00212-CR |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | 119th District Court |
|  | § |  |
| THE STATE OF TEXAS, | § | of Tom Green County, Texas |
|  | § |  |
| State. | § | (TC# B-13-0564-SB) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **February 11, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John Bennett, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before February 11, 2017.

IT IS SO ORDERED this 18th day of January, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.